Submitted on record and briefs January 3, reversed February 6, 2002

In the Matter of the Karleen Longley,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

KARLEEN LONGLEY,
*Appellant.*

0001-60320; A109449

39 P3d 289

Paul L. Breed filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Katherine H. Waldo, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Appellant appeals from an order of civil commitment, ORS 426.130, and argues that the evidence was insufficient to establish that she was "mentally ill" within the meaning of ORS 426.005(1)(d). The state concedes that the evidence was insufficient to permit commitment and, particularly, that, when hearsay is properly excluded from our consideration, there is no "clear and convincing evidence" that appellant was unable to provide for her basic needs or was a danger to others. We determine that that concession is well-founded. Accordingly, the order of commitment must be reversed.

Reversed.